# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case Nos. 6D2024-2081, 6D2024-2101
CONSOLIDATED
Lower Tribunal Nos. CF20-005124-XX and CF22-003220-XX

_____

LEVI JONATHAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Cassandra L. Denmark, Judge.

September 19, 2025

WHITE, J.

Levi Jonathan appeals after the trial court denied his motion to withdraw plea after sentencing. We dismiss for lack of jurisdiction the challenge to the trial court's denial of Jonathan's motion to dismiss counsel because it is not dispositive. *See Arena v. State*, 376 So. 3d 78, 78–79 (Fla. 6th DCA 2023) (citing Fla. R. App. P. 9.140(b)(2)(A)(i)). We reverse the provisions of the trial court's order rendered on June 12, 2025, that reinstated the original first page of the order of probation

rendered on December 21, 2023, because that original first page erroneously stated that Jonathan entered a plea of guilty. Otherwise, we affirm without further discussion.[1]

AFFIRMED in part; DISMISSED in part; and REVERSED in part.

TRAVER, C.J., and SMITH, J., concur.


Levi Jonathan, Frostproof, pro se.

James Uthmeier, Attorney General, Tallahassee, and J. Wade Stidham, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED

---

[1] Our affirmance includes, but is not limited to, the corrected order of probation rendered on March 28, 2024.